PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla.2011); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Anderson v. State, 862 So.2d 924 (Fla. 2d DCA 2003); Givens v. State, 851 So.2d 813 (Fla. 2d DCA 2003); Gunn v. State, 841 So.2d 629 (Fla. 2d DCA 2003); Collie v. State, 710 So.2d 1000 (Fla. 2d DCA 1998); Graddy v. State, 685 So.2d 1313 (Fla. 2d DCA 1996); Freeland v. State, 832 So.2d 923 (Fla. 1st DCA 2002); Donovan v. State, 773 So.2d 1264 (Fla. 5th DCA 2000); Simmons v. State, 753 So.2d 762 (Fla. 4th DCA 2000).
SILBERMAN, WALLACE, and SALARIO, JJ., Concur.